CRIMINAL APPEALS
CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2009CR2760

THE STATE OF TEXAS

VS

EBERTO A MENDEZ

IN THE 175TH DISTRICT COURT
FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/30/2014 8:51:41 AM BEXAR COUNTY, TEXAS
KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial: _X_ no __ yes, date filed:_____

2. Notice of appeal was filed on  12-12-2014

3. The Honorable MARY ROMAN                                presided at the hearing .

4. The above named defendant was convicted          of the offense(s) of INJURY TO CHILD-BI-INTENT/KNOW

as a (Repeater) (Habitual).

5. State's appeal attorney: SUSAN D. REED          300 Dolorosa, Suite 4025, Bexar County Justice
Center, San Antonio, Texas,78205 (210)335-2413          SBN: 16687400

6. Hearing     Attorney(s):  JOHN J GARCIA

(Retained) (Appointed) Appeals attorney:RICHARD B DULANY JR
Address & Phone No: 101 W NUEVA ST 310 SAN ANTONIO, TX, 78205- (210)335-0701          SBN: 6196400

Defendant Pro-Se __ Yes X No
7. The trial held was:___Trial before the Court          ___Jury trial on guilt only
          ___Jury trial on punishment only     ___Jury trial guilt and punishment
          ___Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
          ___Pretrial motion heard prior to plea     ___Open/non negotiated plea of guilty/nolo contender
          ___Motion to enter adjudication of guilt   _X_ Motion to revoke community supervision
          ___Other_____

8. The sentence was (imposed  ) on:11-05-2014 for a period of:yrs:005 mths:00
and a fine of $          0.00

9. Defendant  is presently in:___ BCADC _X_ TDCJID. Defendant is on ___ ** RWOB **          appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: CHARLES RICHARDSON, (11/5/14),
300 DOLOROSA, SAN ANTONIO, TX  78205

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's
& cause number) _____

WITNESS MY HAND THIS THE 29th DAY OF December , 2014

COURT REPORTER(S): _Charles Richardson_          Date: 12/29/14
                                                                              Date:
KEITH E. HOTTLE, CLERK

BY:_____          Date:_____
Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK
BY: _Denise R. Sauceda_

SAUCEDA DENISE L                    ,DEPUTY

(jsdca)



No. 2009 CR 2760

| | | |
|---|---|---|
| The State of Texas | § | In the 125th District Court |
| vs. | § | of |
| ELBERTO MONDS2 | § | Bexar County, Texas |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

☒ is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐ is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

☐ is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

☐ is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

☒ is one in which the defendant has waived the right of appeal.

_____       _11/5/14_
**JUDGE**                               Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

X _Eberto Monds_
**DEFENDANT**

Mailing address:_____

Telephone number:_____

Fax number if any:_____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currenty living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
**ATTORNEY FOR DEFENDANT**

Bar number:_____

Mailing address:_____
_____

Telephone:_____

Fax:_____



*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contedere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).



No. 2009CR2760

STATE OF TEXAS

v.

EBERTO MENDEZ

IN THE DISTRICT COURT

175th JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

## ORDER APPOINTING APPELLATE COUNSEL

The Court, in accordance with Article 26.04(f) or 26.052, Code of Criminal Procedure, hereby appoints **RICHARD B. DULANY, JR.**, Interim Chief Public Defender (SBN 06196400), to represent <u>Eberto Mendez</u>, an indigent defendant, in the above-styled and numbered cause.

Such representation shall continue until the appeal in this cause is exhausted or until relieved by the court or replaced by other counsel.

The Clerk of the Court shall notify the Bexar County Public Defender's Office via fax, at (210) 335-0707, or by hand delivery of the Order to the designated box at the Fourth Court of Appeals of Texas.

SIGNED December 29, 2014.

_____
JUDGE PRESIDING

**REMINDER: Please contact the Bexar County Public Defender's Office at 335-0701 or vmcdonald@bexar.org before making this appointment to verify that the office is presently accepting new appellate cases.**

Updated 9/23/2014

Cause NO. 2009CR 2760
2011 CR 5500

THE STATE OF TEXAS

VS.

Mendez, Eberto

MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL

IN THE DISTRICT COURT

175 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

FILED
DEC 1 2 2014
O'CLOCK
District Clerk Bexar County, Texas
BY
DEPUTY

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Mendez, Eberto, Defendant in the above styled and numbered cause and upon the duly verified Pauper's Oath annexed hereto and made a part hereof, and requests the Court appoint counsel on appeal for Defendant and in support of said motion would show the Court the following:

I.

That on the 5 day of November, 2014, judgment was entered and Defendant was sentenced in this cause.

II.

That on the 1 day of December, 2014, timely notice of appeal was given in this cause to the trial court and to the 4th Court of Appeals.

III.

That Defendant is indigent and wholly destitute of means with which to retain counsel to represent Defendant on appeal.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully moves the Court to appoint counsel to represent Defendant in accordance with Article 26.05 of the Texas Code of Criminal Procedure.

Respectfully submitted,

_Eberto Mendez_

_____

Attorney for Defendant

Defendant _Eberto Mendez_

## CERTIFICATE OF SERVICE

I, hereby certify that on this the _1_ day of _December 2014_, a true and correct copy of the above and foregoing Motion for Appointment of Counsel on Appeal was transmitted to office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

_Eberto Mendez_

Defendant

## ORDER

On this the _____ of _____, _____, came on to be heard Defendant's Motion for Appointment of Counsel on Appeal and said motion is hereby

( ) GRANTED        ( ) DENIED

Signed this _____, day of _____, _____

_____

Judge Presiding

# UNSWORN DECLARATION BY INMATE

I, _Eberto Mendez_ , SID _823/19_

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the _1_ day of _December 2014_ .

_Eberto Mendez_
Defendant

Mader, Eduardo #823119
B.C.A.D.C.
200 N. comal C9
S.A. Tx. 78207

FILED
_____ O'CLOCK _____ M

DEC 1 2 2014

DONNA KAY McKINNEY
District Clerk, Bexar County, Texas

BY _____
                        DEPUTY

District Clerk's Office
Criminal Section
101 W. Nueva, Ste. 217
San Antonio, Texas 78205
ATTN: _____ District Court

neopost
12/04/2014
US POSTAGE
$00.69⁰

ZIP 78205
041L12202040

FIRST-CLASS MAIL

Cause NO. 2009 CR 2760
2011 CR 5500

THE STATE OF TEXAS

VS.

Mendez, Eberto

IN THE DISTRICT COURT

175 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

FILED
_____ O'CLOC _____ M
DEC 1 2 2014
DONNA KAY M_____ KAY
Daniel Sauceda
DEPUTY

## NOTICE OF APPEAL FROM NEGOTIATED PLEA

TO THE HONORABLE JUDGE OF SAID COURT:

Come now _____, Defendant in the above styled and numbered cause, and within thirty (30) days of sentence having been pronounced against him in court, and files this his Notice of Appeal from Negotiated Plea pursuant to the Texas Rules of Appellate Procedure, Rule 25.2 (b)(3), and Article 1.15 of the Texas Code of Criminal Procedure, and who would state the following:

1. There was a trial in this cause

   (✗) yes                    ( ) no

   and the trial was a

   ( ) jury trial             (✗) non-jury trial

2. The trial commenced on the __2__ day of __November 2014__, and ended on the __5__ day of __November 2014__.

3. There was a plea bargain agreement in this cause

   (✗) yes                    ( ) no

4. The plea bargain agreement was followed by the Court

   (✗) yes                    ( ) no

5. Defendant was sentenced on the __5__ day of __~~De~~ November 2014__, and sentence commenced on the on the _____ day of _____, _____,

6. A motion for New Trial was filed in this cause

   ( ) yes                    (✗) no

Also pursuant to Rule 25.2 (b)(3) (A), (B) and (C), the following indicated items apply as a basis for Defendant's notice of appeal:

_____ (A)    the appeal is for a jurisdictional defect (explanation attached hereto);

__✗__ (B)    the substance of the appeal was raised by written motion and ruled on before trial (motion and ruling attached hereto);

__✗__ (C)    permission to appeal

   (✗) has been granted by trial court        ( ) has been denied by trial court

Respectfully submitted,

Eberto Mendez

Defendant

# UNSWORN DECLARATION BY INMATE

I, _Mendez Eberto_, SID _823119_

Being presently incarcerated in the Bexar County Adult Detention Center, San Antonio, Texas declare under Penalty of Perjury that the foregoing instrument is true and correct.

Signed on this the _1_ day of _December, 2014_

_Eberto Mendez_
_____
Defendant

Mendez, Eberto
823119
B.C.A.D.C
200 N. Comal
S.A. Tx. 78207

FILED
O'CLOCK _____ M
DEC __ 2014
District Clerk
District Clerk
By

7820583411 0011

District Clerk's Office
Criminal Section
101 W. Nueva, Ste. 217
San Antonio, Texas 78205
ATTN: _05____ District Court

neopost
12/04/2014
US POSTAGE
$00.48°
FIRST-CLASS MAIL
ZIP 78205
041L12202049

Cause NO 2009CF2760
~~2011 CRS 00~~

STATE of TEXAS                    IN the District court
      VS.                        175 Judicial District
Eberto Mendez                    BexAR County TEXAS
                                           FILED
                                    ___ OCLOCK ___ M

        Haned written confession
           for Reason of apeal          DEC 12 2014

     To the Honorabel Judge of said court

        I Eberto Mendez, the Defendant IN above
styled & numbered cause, am filing this conetesion
opon self to INform to the court on why I
belive I sheuled be re-iNstated to Probation
@ very least or be released opon back
     time served.

    1st ReasoN : Lawyer I was desegnated did Not
    Have best of iNteNsions for me. I felt as if He
    was prosecuting me instead of Defending me

   2nd Reason: Lawyer Had ofered 60 DAys of Drug
   treatment on previous day of court then presured
   me to sign against My better Judgement for
   Plea on court (5th Day November 2014)
        5 Year sentance

3rd Reason: Lawyer toleed me I would be released
    with in one month of signing, due to my back time
    that I sheuled sign to Hurry on process

  4th Reason: I toled Lawyer I had evidance to
  precent to Judge & He started to belittel me
     & course me

5th Reason: I had @ least three people IN court that came to give personal testimonies To Judge Opon my character, including wife, which happens to be part of one of the cases against me. Lawyer denied their Audience/Testamony

6th Reason: Your Honor I Had copies of classes attending, community hours done & a few reckipt of payment to probation as well as a Medical back ground

In closing your Honor, I feel that the Lawyer (Jhon Garcia) Did Not place the best of his intentions to represent me. I feel like the lawyer had other Motives or intensions towards me. He lied to me & placed falsely Judgement on me. He saw me as another Number Insted of a client or human. Your Honor I feel I Have ~~of back~~ plenty of back time to get time Served on both cases, but lawyer fell to comply to my request of reserch of better options for me & my Family

Requesting time served

Respectfully & Sincerly,
Eberto Mendez sid 823119
Eberto Mendz
12/1/2014

# UNSWORN DECLARATION BY INMATE

I, _Mendez, Eberto_, SID _823119_

Being presently incarcerated in the Bexar County Adult Detention Center, San Antonio, Texas declare under Penalty of Perjury that the foregoing instrument is true and correct.

Signed on this the _1_ day of _December 2014_.

_Eberto Mendez_

Defendant

Cause NO. 2009CR2766
2011CR5500

THE STATE OF TEXAS

VS.

Mendez, Eberto

IN THE DISTRICT COURT

175 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

FILED
O'CLOCK ___ M
DEC 12 2014

## MOTION FOR REINSTATEMENT OF PROBATION

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Mendez, Eberto, Defendant in the above styled and numbered cause and files this Motion for Reinstatement of Probation and in support of said motion would show the Court the following:

I.

Statements of attending & being active to All set probationary items/courses

II.

Statements of carector from Family & Friends as well as church in witch State my participation on said probation

III.

The fact in witch there was a miscomunication between I & probation that caused me to be incarserated, Having to due with my Appointments & payements

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court reinstate his original period of community supervision with additional conditions of probation that the Court may deem necessary and just.

Respectfully submitted,

_Ebert Mendz_

_____                    _____

Attorney for Defendant                                              Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the ___ day of _December 2014_, a true and correct copy of the above and foregoing Motion for Reinstatement of Probation was transmitted to the following:

Adult Probation Office                    Bexar County District Attorney

207 N. Comal                                   Criminal Justice Center

San Antonio, Texas 78207             101 W. Nueva

San Antonio, Texas 78205

_Ebert Mendz_
Defendant

## ORDER

On this the ____ of _____, _____, came on to be heard Defendant's Motion for Reinstatement of Probation and said motion is hereby

( ) GRANTED        ( ) DENIED

Signed this ____, day of _____, _____.

_____

Judge Presiding

# UNSWORN DECLARATION BY INMATE

I, _Mendez, Ebuto_ , SID _823119_

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the \_ day of _December 2014_

_Ebert Mendez_
**Defendant**

Cause NO. 2009CR2760
2011CR5500

THE STATE OF TEXAS

VS.

Mendez, Eberto

IN THE DISTRICT COURT

175 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

---

NOTICE OF APPEAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Mendez, Eberto _____, Defendant in the above styled and numbered cause, on this the ___1___ day of December 2014 _____, and within thirty (30) days of sentencing having been imposed against Defendant on the ___5th___ day of November 2014 _____, in said cause, and files this written notice of appeal of said conviction to the 4th Court of Appeals, Bexar County Criminal Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

Respectfully submitted,

_____
Attorney for Defendant

_____
Defendant

FILED
O'CLOCK ___M
DEC 12 2014
Donna Kay McKinney
District Clerk, Bexar County, Texas

# UNSWORN DECLARATION BY INMATE

I, _Mendez, Ebeto_ , SID _823119_

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the _1_ day of _Decembe 2014_

_Ebeto Mendz_
Defendant

neopost™
12/04/2014
US POSTAGE

FIRST-CLASS MAIL

$00.69⁰

ZIP 78205
041L12202049

Mendez, Eberto    SID #863119
B.C.A.D.C.
200 N. Comal
S.A. TX, 78207

**District Clerk's Office**
**Criminal Section**
**101 W. Nueva, Ste. 217**
**San Antonio, Texas 78205**
**ATTN:** 115 **District Court**

Law Library

78205>3411 C011

CAUSE NO. 2009 CR 2760
2011 CR 5500

THE STATE OF TEXAS

VS.

Mendez, Berto

IN THE DISTRICT COURT

175 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

FILED
____O'CLOCK____M

DEC 1 2 2014
DONNA KAY McKINNEY
District Clerk, Bexar County, Texas
Denise Sauceda
DEPUTY

## MOTION TO SUPPRESS URINALYSIS RESULTS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Mendez, Berto _____, Defendant in the above styled and numbered cause and files this his Motion to Suppress Urinalysis Results and in support of said motion would show the Court the following:

### I.

On the 7 day of October _____, 19____, Defendant was forced to submit to a random urinalysis test. The specimen taken from Defendant was then analyzed by the Enzyme Multiplied Immonassay Test (hereinafter referred to as EMIT). The result of the test was positive.

### II.

The evidence seized from Defendant was seized without a search warrant or other legal justification in violation of Defendant's right to be free from unlawful search and seizure pursuant to the United States Constitution, Amendment 14; Article 1, Section 9 of the Texas Constitution and the Texas Code of Criminal Procedure, Articles 1.06, 14, 15 and 18.

### III.

Neither illegally seized evidence nor the fruit of an illegal search and seizure may be used in a criminal prosecution against the victim of the unlawful intrusion. (See Amendment 14 to the United States Constitution and the Texas Code of Criminal Procedure, Article 38.23. Also see Mapp v. Ohio, 367 U.S. 643.).

### IV.

As further grounds for this motion, Defendant alleges that any evidence seized from Defendant and analyzed by the EMIT system should be suppressed because:

1.    There is no substantial scientific support existing with respect to the reasonable reliability of

the EMIT system.

2. There is no substantial legal support from commentators, jurists, judges, or professors with respect to the reasonable reliability of the EMIT system.

3. There is no Texas statute or common law rule allowing for the admission of such evidence or authorizing the taking of specimens.

4. The probative value of the scientific evidence is greatly outweighed by the degree of deception which presently exists.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court:

1. Hold a hearing prior to the revocation hearing itself to determine the admissibility of evidence seized, and allow time for both sides to prepare written briefs of the law applicable to the issue of suppression;

2. Suppress any and all evidence which shall appear upon hearing of this motion to have been seized or discovered as a result of any unlawful search and unconstitutional arrest and detention of the Defendant; and

3. Order such other and further relief as this Court deems equitable and necessary.

Respectfully submitted,

_____                    _Ebert Mendez_____
Attorney for Defendant                                          Defendant
(to be signed only if Defendant is not Pro Se)


# CERTIFICATE OF SERVICE

I hereby certify that on this the ___1___ day of _December_ ___2014___, a true and correct

copy of the above and foregoing Motion to Suppress Urinalysis Results was transmitted to the office of the

Bexar County District Attorney, 300 Dolorosa, San Antonio, Texas 78205.

_Ebert Mendez_____
Defendant

# O R D E R

On this the _____ day of _____, 19_____, came on to be heard Defendant's Motion to Suppress Urinalysis Results and said motion is hereby

( ) GRANTED          ( ) DENIED

Signed this the _____ day of _____, 19_____.

_____
JUDGE PRESIDING

# UNSWORN DECLARATION BY INMATE

I, _Mendez, Eberto_, SID _823119_

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the _1_ day of _December 2011_

_Eberto Mendez_
Defendant

FILED
_____O'CLOCK_____M

DEC 12 2016

DONNA KAY McKINNEY
District Clerk, Bexar County, Texas
BY_____
DEPUTY

CAUSE NO. *2009CR2760*
*2011CR5500*

THE STATE OF TEXAS

VS

*Mendez Eberto*

IN THE DISTRICT COURT

*17* JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

## PETITION FOR WRIT OF HABEAS CORPUS
## BAIL PENDING APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now *Mendez, Eberto*_____, Petitioner, who upon his oath states that he is restrained of his liberty by the Court's refusal to admit to bail pending appeal of a judgment and sentence entered herein on the __*5*__ day of *November, 2014*, and appealed to the 4th Court of Appeals on the __*1*__ day of _____, _____.

Applicant would show the Court that such restraint of his liberty is illegal for the following reasons:

1. Article 44.04© of the Texas Code of Criminal Procedure provides, ..."Pending the appeal from any felony conviction the trial Court may permit the defendant to remain at large on existing bail, if not then on bail, admit him to a reasonable bail until his conviction becomes final.

2. Although the decision to admit a defendant to bail pending his appeal from a felony conviction in one which is wholly within the discretion of the trial court, the legislature has provided certain guidelines and mandatory provisions within which that discretion must be exercised.

#1

These are: (a) The defendant may not be released on bail from a felony conviction where the punishment equals or exceeds 10 years confinement", V.A.C.C.P., Article 44.04 the trial court may deny bail and commit defendant to custody if then there exists good cause to believe that the defendant would not appear when his conviction became final or is likely to commit another offense while on bail…"V.A.C.C.P., Article 44.04(c).

3. Petitioner states that there is no good reason to believe that he would not appear upon final conviction that he would commit another crime while on bail pending final conviction in this cause.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner prays that he be brought before this Honorable Court instanter, and that he be released on bail pending appeal, or in the alternative, a hearing be scheduled to hear evidence as to why he should or should not be released on bail pending appeal.

Respectfully Submitted,

_____      _____

**Attorney for Defendant**      **Defendant**
**(to be signed only if Defendant**
**is not Pro Se)**


## CERTIFICATE OF SERVICE

I hereby certify on this the ____1____ day of __December 2014__, a true and correct copy of the above and foregoing Petition for Writ of Habeas Bail Pending Appeal was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

_____
**Defendant**

# ACKNOWLEDGEMENT

STATE OF TEXAS  \* \* \* \* \* \*

COUNTY OF BEXAR \* \* \* \* \* \*

On this the ___1___ day of __December 2014__ , personally

appeared _Mendez, Esito_ , Petitioner in the above and

foregoing Petition for Writ of Habeas Corpus Bail Pending Appeal, who

deposed himself and stated that all the information contained in said

petition is true and correct.

Signed and sworn to before me on this the _____ day of_____,_____ .


_____

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

## UNSWORN DECLARATION BY INMATE

I, _Mendez, Eberto_, SID _8-23119_

Being presently incarcerated in the Bexar County Adult
Detention Center, San Antonio, Texas declare under Penalty of
Perjury that the foregoing instrument is true and correct.

Signed on this the _1_ day of _DECember, 2014_

_Eberto Mendez_

Defendant

neopost
12/04/2014
US POSTAGE
FIRST-CLASS MAIL
$00.69⁰
ZIP 78205
041L12202046

Mendez, Eberto s.d #683/19
B.C.A.D.C
200n.Comal
S.A.Tx. 78207

District Clerk's Office
Criminal Section
101 W. Nueva, Ste. 217
San Antonio, Texas 78205
ATTN: 175  District Court

FILED
_____O'CLOCK____M
DEC 1 2 2014
DONNA KAY McKINNEY
District Clerk, Bexar County, Texas
BY_____
DEPUTY